**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HAROLD D. HARDEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:14-cv-560-JAD-NJK |
| CORRECTIONAL OFFICER SOBORO et al., | ) | **ORDER** |
| Defendants. | ) | |

**I.   DISCUSSION**

On May 23, 2014, this Court entered a screening order permitting Count I of the complaint to proceed. (ECF No. 8 at 5). This Court stayed the case for 90 days to give the parties an opportunity to settle their dispute. (*Id.*). This Court ordered that, during the stay, "no other pleadings or papers shall be filed in this case." (*Id.*).

On June 9, 2014, Plaintiff filed motions for appointment of counsel. (ECF No. 10, 11). On June 13, 2014, defendants filed a motion to strike the appointment of counsel. (ECF No. 14). On June 16, 2014, this Court entered an order denying Plaintiff's motions for appointment of counsel. (ECF No. 16).

The Court now denies the motion to strike the motion for appointment of counsel (ECF No. 14) as moot.

///

///

///

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to strike the motion for appointment of counsel (ECF No. 14) is DENIED as MOOT.

DATED: This 30th day of June, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge