# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HAROLD D. HARDEN,

                Plaintiff(s),

vs.

CORRECTIONAL OFFICER SOBORO, et al.,

                Defendant(s).

Case No. 2:14-cv-00560-JAD-NJK

ORDER DENYING MOTION TO COMPEL DISCOVERY

(Docket No. 32)

       Pending before the Court is Plaintiff's motion to compel discovery. *See* Docket No. 32. At this time, Defendants have not yet filed answers or other responses to the complaint, and the Court has not yet entered a scheduling order. Accordingly, the motion to compel is DENIED without prejudice as it is premature.

       IT IS SO ORDERED.

       DATED: September 22, 2014

                                       _____
                                       NANCY J. KOPPE
                                       United States Magistrate Judge