**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HAROLD D. HARDEN, | ) | 2:14-cv-00560-JAD-NJK |
|     Plaintiff, | ) | |
| vs. | ) | **ORDER DENYING MOTION** |
| SOBORO, *et al.*, | ) | (Docket No. 45) |
|     Defendants. | ) | |

Pending before the Court is Plaintiff's motion for a copy of the complaint. *See* Docket No. 45. Plaintiff asserts that he needs that copy to correct a Court error indicating that he did not request a jury trial. *See id.* The Court has reviewed Plaintiff's complaint, and it does include a jury trial demand. *See* Docket No. 1-1, at 1. Accordingly, the Court hereby **INSTRUCTS** the Clerk's Office to update the docket to reflect that a jury demand has been made by Plaintiff. The Court further **DENIES** as moot Plaintiff's motion for a copy of the complaint.

IT IS SO ORDERED.

DATED: October 27, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE