# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD D. HARDEN, | 2:14-cv-00560-JAD-NJK |
| Plaintiff, | |
| vs. | **ORDER GRANTING IN PART MOTION** |
| SOBORO, *et al.*, | (Docket No. 47) |
| Defendants. | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. *Id.* "The granting of an application to proceed *in forma pauperis* does not waive the applicant's responsibility to pay expenses of litigation which not covered by 28 U.S.C. § 1915." LSR 1-8. Courts have not permitted plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

Pending before the Court is Plaintiff's motion for a copy of the docket history, orders, and proceedings/Court minutes. *See* Docket No. 47. Plaintiff asserts that he was transferred and, therefore, doe not have any of his old files. *See id.* The Court hereby **GRANTS** the motion in part. The Court **INSTRUCTS** the Clerk's Office to mail Plaintiff a copy of the docket in this case. As to any documents issued in this case, Plaintiff's motion will be denied without prejudice. Plaintiff may file a renewed motion for the documents which states his specific need and provides a copy of Plaintiff's inmate balance sheet to demonstrate he cannot afford to pay for the copies.

IT IS SO ORDERED.

DATED: October 27, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE