# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Harold D. Harden,

    Plaintiff

v.

Corrections Officer Soboro, et al.,

    Defendants

Case No.: 2:14-cv-560-JAD-PAL

**Order re: Docs. 31, 41, 59**

*Pro se* prisoner Harold D. Harden, who is prosecuting his 42 U.S.C. § 1983 civil rights claim *in forma pauperis*, previously moved for appointment of counsel to assist him. Docs. 10, 11. On June 16, 2014, I denied these motions, finding that Harden had not demonstrated the "exceptional circumstances" required for me to appoint counsel for an indigent litigant in a civil matter. Doc. 16. Harden continues to re-urge his request for court-appointed counsel. On September 11, 2014, he argued that his "impairment will greatly limit his ability to litigate," and claims that he is "a long time on and off again mental health patient," who has been placed in disciplinary segregation, which limits his access to a law library. Doc. 31 at 1. On October 1, 2014, he moved again for appointment of counsel, adding to his original arguments that this case is a "complex circumstance which will require significant research and investigation." Doc. 41 at 1. He also claims he is presently "off meds." *Id.* Finally, on November 24, 2014, Harden moved for "Notification of Whom Is His Court Appointed Counsel," apparently under the mistaken belief that counsel had already been appointed. Doc. 59 at 1.

    On October 28, 2014, Harden also moved for reconsideration of my prior order denying counsel at Doc. 16, reiterating the arguments contained in Docs. 31 and 41. Harden has apparently recognized that the proper vehicle for requesting appointment of counsel is to request reconsideration of my prior order at Doc. 16, not simply filing renewed or redundant new motions. Thus, I deny his three additional requests for appointment at Docs. 31, 41, and 59 as moot because

1

the relief they request is duplicative of, and more properly presented in, Doc. 50.  Harden is strongly advised not to file any more requests for appointment of counsel; I am aware of his request, and will rule on his motion for reconsideration of Doc. 16 in due course.

Accordingly, it is HEREBY ORDERED that Harden's Motion for Court Appointed Counsel **[Doc. 31] is DENIED**;

It is FURTHER ORDERED that Harden's Motion for Appointment of Counsel **[Doc. 41] is DENIED**; and

It is FURTHER ORDERED that Harden's Motion for Notification of Whom Is His Court Appointed Counsel **[Doc. 59] is also DENIED**.

DATED February 12, 2015.

_____
Jennifer A. Dorsey
United States District Judge