UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAROLD D. HARDEN, | ) | 2:14-cv-00560-JAD-NJK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| SOBORO, *et al.*, | ) | (Docket No. 72) |
| Defendants. | ) | |

On October 27, 2014, the Court granted Plaintiff's request for a copy of the docket, instructing the Clerk's Office to send a copy of the docket to Plaintiff. Docket No. 49. Now pending before the Court is a motion for "a full docket history copy." *See* Docket No. 72. As the Court has already provided a copy of the docket, the pending motion is DENIED as moot. To the extent Plaintiff seeks an updated copy of the docket or a copy of any filed documents, he has failed to show a specific need for them or that he cannot afford to obtain them himself. *See* Docket No. 49 at 1-2 (addressing relevant standard and case law). Accordingly, to the extent Plaintiff seeks anything beyond what was provided previously, his motion is hereby DENIED.

IT IS SO ORDERED.

DATED: March 2, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE