ADAM PAUL LAXALT
Nevada Attorney General
ERIC N. TRAN
Deputy Attorney General
Nevada Bar No. 11876
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-2625
Facsimile: (702) 486-3773
Email: etran@ag.nv.gov
*Attorneys Defendants*
*Guy Brown and Angelo Soboro*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD D. HARDEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICER SOBORO et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cv-00560-JAD-NJK<br><br>**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S "PRAYER FOR RELIEF BY REDRESS AS A MATTER OF LAW CONSIDERING THE EXCEPTIONAL CIRCUMSTANCES & OUTRAGEOUS CONDUCT OF DEFENDANTS"** |

　　　　Defendants Guy Brown and Angelo Soboro, by and through counsel, ADAM PAUL LAXALT, Nevada Attorney General, and ERIC N. TRAN, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this Motion for Extension of Time to File an Opposition to Plaintiff's "Prayer for Relief by Redress as a Matter of Law Considering Exceptional Circumstances & Outrageous Conduct of Defendants."

**MEMORANDUM OF POINTS AND AUTHORITIES**

　　　　On April 8, 2015, Plaintiff filed a pleading called "Prayer for Relief by Redress as a Matter of Law Considering Exceptional Circumstances & Outrageous Conduct of Defendants."

<u>See</u> Dkt # 80. Defendants' response is due on April 27, 2015. In this case, Defendants' counsel was recently out of town in Los Angeles for four days on a family matter. This has impacted Defendants' counsel's ability to timely file a response to Plaintiff's pleading. As such, pursuant to FRCP 6 (b)(1), Defendants' counsel requests a four day extension up to and until May 1, 2015 to file a response to Plaintiff's pleading. This extension of time will allow Defendants' counsel effectively oppose Plaintiff's pleading.

DATED this 27th day of April, 2015.

Respectfully submitted,

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Eric N. Tran
ERIC N. TRAN
Deputy Attorney General
Nevada Bar No. 11876
*Attorneys for Defendants*

IT IS SO ORDERED.
Dated: April 28, 2015

_____
United States Magistrate Judge