1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
7
**DISTRICT OF NEVADA**

8

HAROLD D. HARDEN,                          )        2:14-cv-00560-JAD-NJK
9                                           )
            Plaintiff,                      )
10                                          )        **ORDER**
      vs.                                   )
11                                          )        (Docket No. 77)
SOBORO, *et al.*,                           )
12                                          )
            Defendants.                     )
13 _____ )

14          Pending before the Court is Plaintiff's motion for the undersigned to reconsider her order

15 extending the time to file dispositive motions. *See* Docket No. 77; *see also* Docket No. 76 (order

16 extending the time to file dispositive motions). Defendants filed a response in opposition. Docket No.

17 79.[1] No reply was filed. The Court finds the motion properly resolved without oral argument. *See* Local

18 Rule 78-2. For the reasons discussed below, the motion is hereby DENIED.

19          Motions for reconsideration are disfavored. *E.g.*, *Kabo Tools Co. v. Porauto Indus. Co.*, 2013

20 WL 5947138, *2 (D. Nev. Oct. 31, 2013) (citing *Japan Cash Mach. Co. v. Mei, Inc.*, 2008 U.S. Dist.

21 Lexis 98778, *7 (D. Nev. Nov. 20, 2008)). "Reconsideration is appropriate if the district court (1) is

22 presented with newly discovered evidence; (2) committed clear error or the initial decision was

23 manifestly unjust; or (3) if there is an intervening change in controlling law." *Kabo Tools*, 2013 WL

24 5947138, at *2 (quoting *Frasure v. United States*, 256 F. Supp. 2d 1180, 1183 (D. Nev. 2004)). Having

25

26          [1] Defendants acknowledge that their response was untimely. Docket No. 29 at 2 n.1. The Court
will consider the opposition in this case, but reminds counsel that the Court expects strict compliance
with the Local Rules in the future.

1    reviewed Plaintiff's pending motion, the Court finds that none of those circumstances exist such that the

2    Court's prior order should be changed.

3          Accordingly, the motion for reconsideration is hereby DENIED.

4          IT IS SO ORDERED.

5          DATED: May 4, 2015

6

7          _____

8          NANCY J. KOPPE
           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2