UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD D. HARDEN, | 2:14-cv-00560-JAD-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| SOBORO, *et al.*, | (Docket No. 80) |
| Defendants. | |

Pending before the Court is Plaintiff's motion for "redress as a matter of law considering the exceptional circumstances and outrageous conduct of defendants." *See* Docket No. 80. Defendants filed a response in opposition. Docket No. 84. No reply was filed. The Court finds the motion properly resolved without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the motion is hereby **DENIED**.

Plaintiff asserts that former Deputy Attorney General Kali Fox Miller had entered into an oral settlement agreement with him, but provides no declaration or evidentiary support for that assertion. *See* Docket No. 80 at 1. Moreover, Defendants have provided documentation that the telephone conversation actually related to setting a settlement conference in another case. *See* Docket No. 84 at 2, Docket No. 84-1.[1] Plaintiff also asserts that Defendants are engaged in various types of wrongdoing,

---

[1] Plaintiff makes much of the fact that the deputy attorney general assigend to this case has changed several times, *see* Docket No. 80 at 2, but the Court discerns no nefarious conduct in Defendants' changes in counsel.

such as denying him medical care and making racial slurs. *See* Docket No. 80 at 2. No details are provided with respect to the wrongdoing alleged and, once again, Plaintiff provides no declaration or evidentiary support for the assertion.

Having failed to sufficiently support the allegations in his motion, Plaintiff's pending motion is hereby **DENIED**.

IT IS SO ORDERED.

DATED: May 19, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE