**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HAROLD D. HARDEN, | ) | 2:14-cv-00560-JAD-NJK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| SOBORO, *et al.*, | ) | (Docket No. 88) |
| Defendants. | ) | |

Pending before the Court is Defendants' motion to seal an exhibit attached to their motion for summary judgment. Docket No. 88. Parties seeking to maintain the secrecy of documents attached to dispositive motions must show compelling reasons sufficient to overcome the presumption of public access. *E.g., Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The document at issue consists of Plaintiff's medical record, and the Court finds compelling reasons exist to seal it. Accordingly, the motion to seal is hereby GRANTED and the exhibit filed at Docket No. 89 shall remain sealed.

IT IS SO ORDERED.

DATED: May 19, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE