UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Harold D. Harden,

    Plaintiff

v.

Corrections Officer Soboro, et al.,

    Defendants

Case No.: 2:14-cv-00560-JAD-NJK

**Order Granting Motion to Strike (Doc. 38)**

    In May 2014, pro se plaintiff Harold D. Harden, who is a prisoner in the custody of the Nevada Department of Corrections, filed civil rights claims against two prison employees.[1] After I issued an order scheduling early inmate mediation, the parties met to try to settle the case. Unfortunately, no agreement was reached.

    Following the mediation, Mr. Harden twice filed a "Declaration of Sam Jones,"[2] which the defendants now request I strike.[3] The document simply states what the mediator already entered into the record: that the parties were unable to reach an agreement.[4] It also improperly raises an issue about the way the prison handles mail.[5] I therefore strike the document from the record under the federal courts' "traditional power to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."[6] Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall strike from the record Mr. Harden's first Declaration of Sam Jones (**Doc. 33**) and his second

---

[1] *See* Doc. 9.

[2] Docs. 33, 35.

[3] *See* Doc. 38

[4] *See* Doc. 28 (minutes).

[5] *See* Doc. 33 ("I have proof and or documentation of the [prison] facilities misconduct concerning my mail and legal mail.")

[6] *In re Lavender*, 180 F.3d 1114, 1118 (9th Cir. 1999).

1

Declaration of Sam Jones (**Doc. 35**).

DATED May 21, 2015.

_____
Jennifer A. Dorsey
United States District Judge