**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD D. HARDEN, ) | Case No.: 2:14-cv-00560-JAD-NJK |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| SOBORO, *et al.*, ) | (Docket Nos. 115, 127, 128, 129, 130) |
| Defendants. ) | |

Concurrently herewith, the undersigned is issuing a report and recommendation that summary judgment be granted to defendants. Accordingly, the pending motions at Docket Nos. 115, 127, 128, 129, and 130 are hereby DENIED without prejudice to their refiling in the event that the recommendation is not adopted by United States District Judge Jennifer A. Dorsey.

IT IS SO ORDERED.

DATED: November 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge