UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Harold D. Harden

    Plaintiff

vs.

Corrections Officer Soboro, *et al.*,

    Defendants

Case No.: 2:14-cv-560-JAD-NJK

**Order Denying Motion as Moot Because this Case is Closed**
**[ECF 143]**

On January 21, 2016, the court entered summary judgment in favor of the defendants and closed this case.[1]  Two days earlier, plaintiff Harold Harden had mailed to the court a motion to strike various defense documents under FRCP 12(f).[2]  It did not reach the court until after judgment had been entered against Harden and this case had been closed.

The entry of judgment in favor of the defendants has rendered plaintiff's motion to strike moot.  Accordingly,

IT IS HEREBY ORDERED that **plaintiff's motion to strike [ECF 143] is DENIED**.  This case is closed.

DATED: January 25, 2016.

                                            _____
                                            Jennifer A. Dorsey
                                            United States District Judge

---

[1] ECF 141, 142.

[2] ECF 143.